UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

FREDERICK O. SILVER,

                           Plaintiff(s),

                                      v.

CAPITAL MANAGEMENT SERVICES, LP,
DBA Capital Receivables Management Services,
LP,

                         Defendant(s).

_____

***MEDIATION CERTIFICATION***

__21__ - cv - __319__

I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on _____1/30/25_____.

    ☐ **Case has settled.** (Comment if necessary).

    ☐ **Case has settled in part.** (Comment below). Mediation will continue on_____.

    ☐ **Case has settled in part.** (Comment below). Mediation is complete.

    ☐ **Case has not settled.** Mediation will continue on _____.

    ☑ **Case has not settled.**

**Date:** 02/06/2025_____        **Mediator: /S/** __Amanda G. Williams_____

**Additional Comments:**
_____
_____
_____