UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FREDERICK O. SILVER,

            Plaintiff,

                                    Case No.  21-CV-00319-LJV

JEFFREY A. HAUSER, DANIEL ABADIR,
KAREN KRASKA, PAUL R. HUNZIKER JR.,
CAPITAL MANAGEMENT SERVICES, LP
DBA CAPITAL RECEIVABLES MANAGEMENT
SERVICES, LP.

           Defendants.

## CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2025, I electronically filed Defendants Memorandum in Response to Plaintiff's Motion (Docket No. 177) with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case.  Further, on July 24, 2025 a copy of same was sent via federal express (tracking no. 883035877933) to the below individual/address:

Frederick O. Silver
21905 Mountain HWY E Unit 4143
Spanaway, WA 98387-7593

I swear the forgoing under penalty of perjury.

                                                DAVIDSON FINK LLP

                                                By:   /s/ Glenn Fjermedal
                                                Glenn M. Fjermedal
                                                400 Meridian Centre Blvd.
                                                Suite 200
                                                Rochester, NY 14618
                                                Tel: (585) 546-6448