**Glenn Fjermedal**

| | |
|---|---|
| **From:** | Glenn Fjermedal |
| **Sent:** | Tuesday, June 10, 2025 9:18 AM |
| **To:** | asclv1@gmail.com |
| **Subject:** | Silver/CMS WDNY |
| **Importance:** | High |

Mr. Silver – Please be advised that your responses to CMS' First Set of Interrogatories and Demand for Production of Documents sent to you via Federal Express packet with tracking number 880631336552 and first class mail to your current address on April 17, 2025. These responses are long overdue and this serves as a demand to produce complete responses to the same by the close of business on June 13, 2025. Thank you for your prompt attention to this matter. GMF

# Davidson | Fink
Attorneys at Law

**Glenn Fjermedal**

*Partner*

400 Meridian Centre Blvd., Suite 200
Rochester, NY 14618
P | 585.756.5950
F | 585.784.8908
gfjermedal@davidsonfink.com

www.davidsonfink.com



BEST LAW FIRMS
RANKED BY Best Lawyers
UNITED STATES
2025

DAVIDSON FINK LLP    2023
RECOGNIZED BY
Best Lawyers

1