UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
AT BUFFALO DIVISION.



FREDERICK O. SILVER.
    Plaintiff,

vs.

CAPITAL MANAGEMENT SERVICES, LP,
    Defendant

CASE No.: 1:21-cv-00319-LJV

Judge: Hon. **Lawrence J. Vilardo**

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2026, I served a true and correct copy of

1. Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories and
2. Plaintiff's Responses and Objections to Defendant's First Request for Production of Documents by E-mail to: "Jaime L. Fertitta" <jfertitta@davidsonfink.com>, Glenn Fjermedal <gfjermedal@davidsonfink.com>
3. Date: Feb 6, 2026, 12:04 AM and if requested I would be depositing the same in the United States Mail, first-class postage prepaid, addressed to:

Glenn M. Fjermedal, Esq.
DAVIDSON FINK LLP
400 Meridian Centre Blvd., Suite 200
Rochester, NY 14618
Attorneys for Defendant: Capital Management Services, LP

Respectfully submitted this Dated: this 6th Day of February 2026.

Frederick Silver.
21905 Mountain Hwy E, Unit 4143
Spanaway, WA 98387-7583
(702)473-0365
ASCLV1@gmail.com

# VERIFICATION

I, Frederick O. Silver, declare under penalty of perjury under the laws of the United States of America that the foregoing Answers and Objections to Defendant's First Set of Interrogatories are true and correct to the best of my knowledge, information, and belief. Executed on this 6th day of February, 2026, at Spanaway, Washington.

Frederick O. Silver

Dated: this 6th Day of February 2026.

By: /s/ Frederick O. Silver
Frederick O. Silver.
21905 Mountain Hwy E Unit 4143
Spanaway, WA 98387
(702)473-0365
ASCLV1@gmail.com

Page 2 of 2
CERTIFICATE OF SERVICE.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
AT BUFFALO DIVISION.



FREDERICK O. SILVER.
    Plaintiff,
    vs.

CAPITAL MANAGEMENT SERVICES, LP,
    Defendant

CASE No.: 1:21-cv-00319-LJV

Judge: Hon. **Lawrence J. Vilardo**

# CERTIFICATE OF SERVICE

    I hereby certify that on this 6th day of February, 2026, I served a true and correct copy of Plaintiff's Second Set of Requests for Admission, Interrogatories, and Requests for Production of Documents to Defendant Capital Management Services, LP by E-mail to: "Jaime L. Fertitta" <jfertitta@davidsonfink.com>, Glenn Fjermedal <gfjermedal@davidsonfink.com> Date: Feb 6, 2026, 12:04 AM and if requested I would be depositing the same in the United States Mail, first-class postage prepaid, addressed to:

Glenn M. Fjermedal, Esq.
DAVIDSON FINK LLP
400 Meridian Centre Blvd., Suite 200
Rochester, NY 14618
Attorneys for Defendant: Capital Management Services, LP

    Respectfully submitted this Dated: this 6th Day of February 2026.

Frederick Silver.
21905 Mountain Hwy E, Unit 4143
Spanaway, WA 98387-7583
(702)473-0365
ASCLV1@gmail.com

Page 1 of 1
CERTIFICATE OF SERVICE.

FREDERICK SILVER
1-21-CV-00319-LJV

SEATTLE WA 980

6 FEB 2026 PM 7 L

USDC - WDNY
FEB 1 2 2026
BUFFALO

Clerk of Court
Robert H. Jackson U.S. Courthouse
2 Niagara Square,
Buffalo, NY 14202

14202-335099